IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| DANIEL OSHESKIE, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 14-694 |
| | ) |
| ALLEGHENY LUDLUM, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 21st day of January, 2015, both Plaintiff and Defendant having filed supplemental briefs without first providing notice to the Court as required under our Chambers' Rules, see http://www.pawd.uscourts.gov/Documents/Judge/cohill.pp.pdf, it is hereby ORDERED, ADJUDGED, AND DECREED that said supplemental briefs [ECF19 and 20] are STRICKEN from the Record. Counsel is instructed to review our Practices and Procedures prior to filing any more documents in this case.

Maurice B. Cohill, Jr.
Senior District Court Judge