IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL OSHESKIE, | ) |
| | ) |
| Plaintiff | ) |
| vs. | ) Civil No. 14-694 |
| | ) |
| ALLEGHENY LUDLUM, LLC | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 24th day of April 2015, it is hereby ORDERED, ADJUDGED, and DECREED that a post-discovery/settlement conference shall be held in the Chambers of the Hon. Maurice B. Cohill, Jr., U.S. Courthouse, Suite 8170, 700 Grant Street, Pittsburgh, Pennsylvania on May 19, 2015 at 11:00 A.M.

It is further hereby ORDERED, ADJUDGED, and DECREED that prior to and in preparation for the Conference, counsel shall comply with the following:

a. Chief trial counsel and all parties shall attend in person and be prepared to discuss settlement options in detail.

b. Necessary representative(s) of any insurance carrier shall be physically present or available by phone.

c. No later than May 12, 2015, both parties shall submit confidential statements to the Court detailing the key facts, key legal issues, and settlement positions, including monetary amounts. The statements will not be filed or shared with opposing counsel. Accordingly, candor is expected. The letters may be faxed to Chambers at 412-208-

7387 or emailed to Barbara Marzina, Judge Cohill's law clerk, at

Barbara_Marzina@pawd.uscourts.gov.


                                     _____
                                     Maurice B. Cohill, Jr.
                                     Senior United States District Court Judge