IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL OSHESKIE,<br>        Plaintiff<br><br>        vs.<br><br>ALLEGHENY LUDLUM, LLC<br>        Defendant | )<br>)<br>) No. CV-14-694-MBC<br>)<br>)<br>)<br>) |

STIPULATION FOR DISMISSAL PURSUANT TO RULE 41

The parties hereby stipulate to dismissal with prejudice of the above-captioned matter pursuant to F.R.C. P. 41(a)(1)(A)(ii).

s/Melvin L. Vatz, Esq.
Melvin L. Vatz
Pa. I.D. 23655
Grossinger Gordon Vatz, LLP
1000 Law and Finance Bldg.
Pittsburgh , PA 15219
Attorney for Plaintiff

s/David J. Kolesar, Esq.
David J. Kolesar, Esq.
Pa. I.D 70439
K & L Gates LP
K & L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Attorney for Defendant



AND NOW, this 15th day of Oct., 2015,
IT IS SO ORDERED.
Maurice B. Cohill, Jr.
UNITED STATES SENIOR DISTRICT JUDGE

{.CLIENT DRAWER/15155/01/00015501.DOCX }